**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CASE NO. 2:21-CR-00698** |
| | § | |
| **ISAAC RIOJAS** | § | |

**DEFENDANT'S MOTION TO SUPPRESS**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Defendant Isaac Riojas files this Motion to Suppress, and in support thereof would show:

The Defendant moves the court to suppress the following evidence:

On September 10, 2020 law enforcement officers employed by the Corpus Christi Police Department conducted a traffic stop on a 2012 Dodge Ram pick-up truck for failure to stop at a stop sign a violation of Texas Transportation Code Sec. 544.004. The operator of the vehicle was later determined to be the Defendant.

The vehicle came to a stop in a residential area of Corpus Christi, Texas and almost immediately the Defendant was unlawfully pulled out of his vehicle and law enforcement began to conduct a search upon the contents of the vehicle. Law enforcement did not have a warrant, nor did they obtain consent of Defendant prior to the search. Law enforcement has attempted to justify the search because they allege to have viewed what they mistakenly thought to be drug paraphernalia.

The Defendant moves the court to suppress the following evidence:

I.

a.     All statements made, whether written or oral, and such other actions of this defendant, which occurred at or subsequent to his arrest on September 10, 2020.

b.       All books, letters, notes, records, documents and other tangible things that were seized from 2012 Dodge Ram operated by Defendant on September 10, 2020.

c.       The testimony of any law enforcement officers, agents and all other persons working in connection with such officers and agents, and all persons present at or near the location of the arrest of the Defendant and the search of Defendant's automobile in regard to any statements or evidence acquired or objects seized as set forth in paragraphs above.

II.

As grounds for this motion the Defendant would show the court the following:

a.       The arrest of the Defendant was made without a warrant and without probable cause in violation of his rights under the Fourth, Fifth and Fourteenth Amendments of the United States Constitution.  *Beck v. Ohio*, 85 S.Ct. 223, 379 U.S. 89, 13 L.Ed.2d 142 (1964*); Payton v. New York*, 100 S.Ct. 1371, 445 U.S. 573, L.Ed.2d 639 (1980).

b.       All statements made by the Defendant at the time of and subsequent to her arrest were products of his illegal arrest.  *Dunnaway v. New York*, 99 S.Ct. 2248, 442 U.S. 200 60 L.Ed.2d 824 (1979); *Wong Sun v. United States*, 371 U.S. 471, 83 S.Ct. 407, 9 L.Ed.2d 441 (1963); Fourth, Fifth and Fourteenth Amendments, United States Constitution.

c.       That the search of the Defendant's automobile was without a warrant and without probable cause and any consent to search was not voluntary.  *Coolidge v. New Hampshire*, 403 U.S. 443, 91 S.Ct. 2022, 29 L.Ed. 2d 564 (1971); *Schneckloth v. Bustamonti*, 412 U.S. 218, 93 S.Ct. 2014, 36 L.Ed. 2d 854 (1973); *Bumper v. North Carolina*, 391 U.S. 543, 88 S.Ct.1788, 20 L.Ed. 2d 797 (1968).

d.       For such other and further reasons as may appear or exist upon hearing of this cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this motion be set down for a hearing prior to trial and that upon hearing, it be in all things granted.

Respectfully submitted,

WALKER KEELING LLP
101 W, Goodwin Ave., Ste. 400
Victoria, Texas 77901
Tel: (361) 576-6800
Fax: (361) 576-6196

By: _Micah W. Hatley_
Micah W. Hatley
State Bar No. 24053260
Federal Bar No. 846695
mhatley@walkerkeeling.com

**ATTORNEY FOR ISAAC RIOJAS**

**CERTIFICATE OF SERVICE**

I, MICAH W. HATLEY, certify that on 11th day of November 2022, a copy of the foregoing was electronically delivered to all parties via the ECF of the United States District Court Southern District of Texas.

_Micah W. Hatley_
MICAH W. HATLEY